```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| STEPHEN SZABO, | : | CIVIL ACTION NO. 04-6355 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| ADESA AUCTIONS, et al., | : |  |
| Defendants. | : |  |

**THE PLAINTIFF MOVING** to remand the action to state court (dkt. entry no. 4); and the Court now being advised "that the above referenced matter has been settled" and that "[a] stipulation of Dismissal will be forthcoming" (7-6-05 Mashel Letter, at 1); and thus the Court intending to (1) deny the motion without prejudice as moot, and (2) dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised that — in order to protect their interests — they may still submit a stipulation of dismissal in this action, even though the action will be marked as terminated by the Clerk of the Court; and good cause appearing, the Court will issue an appropriate order.

                                               s/ Mary L. Cooper
                                               **MARY L. COOPER**
                                               United States District Judge